SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

FILED
MAY 18  1 46 PM '05
CLERK
WESTERN
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. SA05CR283 OG |
| Plaintiff, | § | INDICTMENT |
| | § | |
| v. | § | [In Vio: 18 U.S.C. § 111 - Assault on a |
| | § | Federal Official] |
| MICHAEL ANTHONY MERMEA, | § | |
| | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

On or about the 13th day of November, 2004, in the Western District of Texas, the defendant,

MICHAEL ANTHONY MERMEA,

knowingly did forcibly assault, impede, intimidate, and interfere with Richard J. Cruz, a letter carrier for the United States Postal Service, while he was engaged in his official duties, causing bodily injury to the said Richard J. Cruz, in violation of Title 18, United States Code, Section 111.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

BY: _____
W. RAY JAHN
Assistant United States Attorney